Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_____ Division _____

GARY E. THOMAS

2:20-cv-01777-KJD-VCF

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CENTRAL RESEARCH 7
U.S. DEPARTMENT OF EDUCATION

\_\_\_\_\_ FILED       \_\_\_\_\_ RECEIVED
\_\_\_\_\_ ENTERED     \_\_\_\_\_ SERVED ON
              COUNSEL/PARTIES OF RECORD

SEP 2 3 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.  The Parties to This Complaint

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GARY E. THOMAS |
| Street Address | 4012 CELEBRATION COVE |
| City and County | NORTH LAS VEGAS  CLARK |
| State and Zip Code | NEVADA 89106 |
| Telephone Number | 702 858 2708 |
| E-mail Address | GARYETHOMAS35@YAHOO.COM |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | CENTRAL RESEARCH |
| Job or Title (if known) | COLLECTIONS |
| Street Address | PO BOX 1460 |
| City and County | LOWELL |
| State and Zip Code | AR 72748 |
| Telephone Number | 844 804 8467 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | U.S. DEPARTMENT OF EDUCATION |
| Job or Title (if known) | NATIONAL PAYMENT CENTER |
| Street Address | PO BOX 790336 |
| City and County | SAINT LOUIS, MO 63179-0336 |
| State and Zip Code | MO 63179-0336 |
| Telephone Number | 800 621 3115 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S. IP168

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

  b. If the defendant is a corporation

  The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

  Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

 3. The Amount in Controversy

  The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

 A. Where did the events giving rise to your claim(s) occur?
   LAS VEGAS, NEVADA

 B. What date and approximate time did the events giving rise to your claim(s) occur?
   PLAINTIFF FOUND OUT ABOUT MOST RECENT 09-20-2020

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

VIOLATION OF THE FAIR DEBT COLLECTION ACT, PLAINTIFF IS RESPONSIBLE FOR SOME OF THE DEBT FROM A DEFAULTED STUDENT LOAN BUT NOT RESPONSIBLE FOR THE AMOUNT OF DEBT DEFENDANTS ARE COLLECTING

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

PLAINTIFF HAVE BEEN PRE- QUALIFIED FOR A FHA LOAN WITH A CLOSING DATE OF OCTOBER 15, 2020 THE HOUSE IS FOR PLAINTIFF ELDERLY MOTHER SUFFERING WITH HEALTH PROBLEMS TO ACROSS THE STREET SO THAT PLAINTIFF CAN PROVIDE BETTER CARE. THE LOAN CANNOT BE PROCESSED AND CLOSED BECAUSE A DEFAULTED STUDENT LOAN DEFENDANTS ARE ALLEGING PLAINTIFF OWES 11.266.16 FOR 2 STUDENT LOANS ONE FOR (500) THE OTHER FOR (2500) TO BE GIVEN OUT IN TWO INSTALLMENT THE FIRST WAS 1,250.00 IN AUGUST OF 1984 THE SECOND TO BE PAID IN JANUARY 1985, PLAINTIFF NEVER ATTENDED SCHOOL IN 1985 NOR DID PLAINFF RECEIVE THE 1,250.00. PLAINTIFF DROPPED OUT OF SCHOOL IN 1984 AND HAD GOTTEN INVOLVED IN DRUGS WHICH LED PLAINTIFF TO PRISON FOR 7 YEARS UPON RELEASE PLAINTIF AHA LEARNED HE OWED US DEPARTMENT OF EDUCATION OVER 5,000.00 IN FEES AN INTEREST PLAINTIFF FILED A FEDERAL LAW SUIT IN 1996 AGAINST DIFFERENT COLLECTION AGENCIES THAT WERE COLLECTING ON THE SAME DEBT PLAINTIFF SETTLED THE CASE IN 1998 AND WAS AWARDED 2500.00 CV-9600301-PMP

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THAT THE DEFENDANTS DEFAULT LOAN STATUS BE LIFTED TIL THE OUT COME OF THE CASE SO THAT PLAINTIFF DONT BE IRREVERILY DAMAGE DUE TO A FALSE COLLECTION THAT HAS BEEN RESOLVE IN THIS SAME COURT 22 YEARS AGO, PLAINTIFF DONT LOSE OUT ON THE OPPORTUNITY TO PURCHASE THE HOUSE.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-23-20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: GARY E. THOMAS

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Gary E. Thomas
4012 Celebration Cove
Las Vegas, Nevada, 89032

702-858-2708

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| GARY E. THOMAS, )<br> )<br> Plaintiff, )<br>vs. )<br> )<br> )<br> )<br>CENTRAL RESEARCH, Inc., and )<br>US DEPARTMENT OF EDUCATION)<br>NATION PAYMENT CENTER )<br> )<br> Defendants. ) | COMPLAINT FOR VIOLATION<br>OF FAIR DEBT PRACTICES<br>COLLECTION ACT and REPORTING ACT<br>15 U.C.S. 1681P. |

COMES NOW the Plaintiff, above-named and appearing Pro se, and as cause of action against defendants respectfully states and alleges as follows:

-1-

That the jurisdiction of the above-entitled Court is invoked pursuant to and in accordance with 15 U.S.C. 1681P and 15 U.S.C. 1692K (d) et seg.

-2-

That venue in proper in the District of Nevada in that a substantial part of the events or omissions giving rise to this action occurred in the District of Nevada. 28 U.S.C. 1391 (b), 15 U.S. C. 16921i (2).

-3-

That at all relevant times plaintiff was a citizen of the United States and resident of Las Vegas, Clark County, Nevada who had executed a promissory note in favor of defendant First Interstate Bank of Nevada as security for repayment of a student loan.

-4-

That at all relevant times defendants times defendants Central Research Inc., and U.S. Department of Education were collection agencies, and/or action as collection agents, seeking to collect on plaintiff's defaulted loan.

-5-

That at all relevant times defendant First Interstate of Nevada was a licensed banking association transacting business within the District of Nevada; and offering student loans to potential students like plaintiff, Gary E. Thomas.

-6-

That on or about December 2, 2019, and again December 27, 2019, defendants directed a collection notice to plaintiff demanding payment of $11,189.99; 3,138.08 on the principle and 6,351.39 on accrued interest. The debt is premised on a promissory notes executed February 4, 1984 ($ 455.84 loan), and July 23, 1984 (2,347.93 loan). Under the terms of the note, the July 23, loan was to be made in two disbursements of 1171.88 on 9/1/84 and $1176.05 on 1/1/85.

-7-

That this collection notice falsely represented that plaintiff had received the second loan check in the amount of $1,176.05, to cover tuition for the fall semester 1985; when in fact plaintiff did not receive or endorse a second loan check in any amount .

-8-

That First Interstate Bank of Nevada never Disbursed, and plaintiff never received, the second student loan check.

-9-

That because the principal balance owing on plaintiff's student loan was inflated by $1,176.05, the principal and accrued interest now totals $11,189.99 according to defendants calculations.

-10-

That defendants belated action to collect on plaintiff's defaulted student loan are barred by the applicable statute of limitations; and that defendants initiated proceedings to collect on the defaulted student loan knowing that any right that had to enforce the terms of the promissory note expired with the running of the statute of limitation.

-11-

That defendants have used false, deceptive, and misleading representations and means, in violation of the Fair Debt Collections and Reporting Practices Act, in their effort to collect on plaintiff's defaulted student loan; to wit; by falsely representing the amount of the debt to be $11,189.99 15 U.S.C. 1692E (2) (a) .

-12-

That defendants have violated the Fair Debt Practices Collection Act in that after plaintiff notified defendants that a portion of the debt was disputed, defendant failed to obtain verification of the debt and mail a copy o the said verification to the plaintiff , 15U.S.C. 1692g (b).

-13-

That defendants have violated the Fair Debt Practices Collections Act in that they failed to send plaintiff a written notice containing a statement that if plaintiff notified the debt collection in writing within the 30 day period that the debt, or any portion thereof, is disputed, the debt and a copy of such verification would be mailed to plaintiff. 15 U.S.C. 1692G (a) (4).

-14-

That defendants were at all times acting willfully, intentionally. maliciously, recklessly, and with a conscious disregard for the requirements of the Fair Debt Practices Collection Act, 15 U.S.C. 1610 et seg.. And plaintiff's rights thereunder.

-15-

That as a consequence of defendant's actions, as more fully and completely described above, plaintiff experienced mental and emotional anguish, disgrace, and humiliation, being denied mortgage

loans, it has cause and adverse effect on plaintiff credit history

-16-

## PRAYER FOR RELIEF

That plaintiff demands judgment against defendant as follows:

1). Actual damages in the amount of        50,000.00

2). Punitive damages in the amount of      50,000.00

3). damages for mental and emotional anguish disgrace, and humiliation in the amount of    50,000.00

4). Damages for the adverse effect cause to plaintiff credit report in resulting in plaintiff being deined mortgage loans     50,000.00

5). A declaratory judgment declaring that defendant's conduct violated plaintiff rights under the Fair Debt Practices Collection Act.

6). A declaratory judgment declaring that any action defendants may have taken to collect on Plaintiff student loan is now barred by the statue of limitations.

7). A declaratory judgment declaring that the statute of limitation has long expired and that this student loan debt was settle in a stipulation in this Federal Court in 1997.

8). An injunction enjoining defendant's from further violations of the Fair Debt Practices Collection Act in seeking to collect of plaintiff's student loan.

9). For the fees and cost of commencing and prosecuting this action to judgment.

10). For such other and further relief as law and justice require.

Dated this _____ day of _____, 2020.

Respectfully Submitted,

_____
Gary E. Thomas

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-22-20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: GARY E. THOMAS

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____