# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Gary E. Thomas,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>Central Research, *et al.*,<br><br>　　　　　Defendant(s). | 2:20-cv-01777-RFB-MDC<br><br>**Report and Recommendation** |

　　　Pending before the Court is pro se plaintiff Gary E. Thomas's failure to Show Cause and failure to complete service. On September 23, 2020, plaintiff filed his Initiating Documents (ECF No. 1). However, plaintiff failed to either pay the filing fee or file an Application to Proceed *In Forma Pauperis* ("IFP"). On October 1, 2020, plaintiff paid the filing fee. ECF No. 3. Because plaintiff paid the filing fee, plaintiff's Complaint did not need to be screened. ECF No. 6. The Proof of Service deadline was January 22, 2024. ECF No. 7. Plaintiff failed to complete service by the deadline. On March 12, 2024, I *sua sponte* gave plaintiff an extension of the service deadline. ECF No. 11. I ordered plaintiff to (1) show cause as to why his Complaint (ECF No. 7) should not be dismissed; **and** (2) file a proof of service OR Motion for Request to extend time to serve defendants by April 12, 2024. *Id.* Plaintiff failed to timely comply with my Order. I recommend that the case be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must

dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

ACCORDINGLY,

**IT IS RECOMMENDED** that the case be dismissed.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 19th day of April 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge